UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Samuel Austin Hughes**                                        **Docket No. 7:19-MJ-1019-RJ**

## Petition for Action on Probation

COMES NOW Melissa K. Gonigam, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Samuel Austin Hughes, who, upon an earlier plea of guilty to Reckless Driving, was sentenced by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, on May 2, 2019, to 12 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

A urine specimen collected from the defendant on May 2, 2019, was determined by the national laboratory to be positive for marijuana use. In an effort to ensure future compliance with the conditions of probation, we are recommending that the defendant participate in substance abuse treatment.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                              I declare under penalty of perjury that the foregoing
                                                    is true and correct.


/s/ Dwayne K. Benfield                              /s/ Melissa K. Gonigam
Dwayne K. Benfield                                  Melissa K. Gonigam
Supervising U.S. Probation Officer                  U.S. Probation Officer
                                                    200 Williamsburg Pkwy, Unit 2
                                                    Jacksonville, NC 28546-6762
                                                    Phone: (910) 346-5103
                                                    Executed On: May 14, 2019

## ORDER OF THE COURT

Considered and ordered this ___*14*___ day of ___*May*___, 2019, and ordered filed and made a part of the records in the above case.

Robert B. Jones, Jr.
U.S. Magistrate Judge